UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATHAN L. OWENS                                                                                    PLAINTIFF

V.                                        No. 4:23-CV-213-BRW-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                                                                     DEFENDANT

## ORDER

On March 21, 2023, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration. *Doc 2*. In Plaintiff's Complaint, he stated that he is a resident of Arkadelphia, Arkansas, which is in Clark County, Arkansas. Clark County is under the jurisdiction of the United States District Court for the Western District of Arkansas. A Plaintiff's action seeking judicial review of the Commissioner's decision "[S]hall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has a principal place of business, or, if he does not reside or have his principal place of business within any such district, in the United States District Court for the District of Columbia." 42 U.S.C. § 405(g). Since Plaintiff resides in Clark County, Arkansas, venue properly lies in the Western District of Arkansas. Additionally, Plaintiff averred that he does not receive funds from employment, and Plaintiff does not claim to have a place of business within the Eastern District of Arkansas.

As such, the Court finds that the interests of justice would best be served by transferring the present action to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a).[1] The Court directs the Clerk to make an immediate transfer of this action to the Western District of Arkansas.

Accordingly, it is hereby ORDERED that this case is transferred to the United States District Court for the Western District of Arkansas.

DATED this 22nd day of March, 2023.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE

---

[1] Section 1406(a) provides: "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."